IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANGELO BISHOP,

    Petitioner,

-vs-

JAMES CROSS,

    Respondent.                  No. 15-cv-854-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 and the Respondent's Motion to Dismiss (Doc. 10).

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on November 24, 2015 (Doc. 12), the Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED without prejudice.**

                          JUSTINE FLANAGAN,
                          ACTING CLERK OF COURT

                          BY:  s/*Caitlin Fischer*
                                Deputy Clerk

**DATED:** December 2, 2015

Digitally signed by
Judge David R. Herndon
Date: 2015.12.02
10:54:51 -06'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**